DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM MOORE**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-744

[April 26, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 03-019068CF10A.

William Moore, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***